UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AJAY AJAY,

        Petitioner,

    v.

DAVID A. MARIN, et. al.,

        Respondents.

No.  1:26-cv-01000-DAD-DMC-HC

FINDINGS AND RECOMMENDATIONS

Petitioner, an immigration detainee proceeding with retained counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the Central District Court. See ECF No. 1.

The matter was transferred to the Eastern District on February 5, 2026. See ECF Nos. 8 and 9. However, Petitioner additionally filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the Eastern District on February 4, 2026. See Ajay v. Enforcement and Removal Operations et al, Case No. 1:26-cv-00993-DC-CKD, ECF No. 1. In that action, the matter has proceeded with Respondents filing a motion to dismiss, ECF No. 9, and Petitioner filing a first amended petition, ECF No. 11. See Ajay v. Enforcement and Removal Operations et al, Case No. 1:26-cv-00993-DC-CKD.

/ / /

/ / /

1

Based on the foregoing, the undersigned recommends that this action be dismissed, as duplicative of Ajay v. Enforcement and Removal Operations et al, Case No. 1:26-cv-00993-DC-CKD.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 23, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2