UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY AJAY,<br><br>          Petitioner,<br><br>    v.<br><br>DAVID A. MARIN, et al.,<br><br>          Respondents. | No. 1:26-cv-01000-DAD-DMC<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 1, 13) |

Petitioner Ajay Ajay is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus (Doc. No. 1) pending before the court in this action be dismissed as duplicative of *Ajay v. Enforcement and Removal Operations, et al.*, Case No. 1:26-cv-00993-DC-CKD.[1]  (Doc. No. 13.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  On February 24, 2026,

---

[1]  On March 19, 2026, petitioner's petition filed in *Ajay v. Enforcement and Removal Operations, et al.*, Case No. 1:26-cv-00993-DC-CKD was granted and petitioner was ordered released.

1

respondents filed a notice that they do not object to the pending findings and recommendations. (Doc. No. 14.)  Petitioner has not filed objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.

For the reasons explained above:

1.    The findings and recommendations issued on February 23, 2026, (Doc. No. 13) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED as duplicative of the petition filed in *Ajay v. Enforcement and Removal Operations, et al.*, Case No. 1:26-cv-00993-DC-CKD;

3.    The court DECLINES to issue a certificate of appealability; and

4.    The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:    **April 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2